AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| Federal Trade Commission and People of the State of New York<br>*Plaintiff(s)*<br>v.<br>Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P, LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing, d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky<br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:18-cv-00710-EAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    6P, LLC, a New York limited liability company
    25 Viscount Dr, Williamsville, NY 14221-1766

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael White, Attorney, Federal Trade Commission:
600 Pennsylvania Ave., N.W., Mail Stop CC-10232, Washington, D.C. 20580

Christopher L. Boyd, Assistant Attorney General, Office of New York State Attorney General,
350 Main Street, Suite 300A, Buffalo, New York, 14202

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:     8/29/2018                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Federal Trade Commission and People of the State of New York <br> *Plaintiff(s)* <br> v. <br> Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P, LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing, d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky <br> *Defendant(s)* | Civil Action No.   1:18-cv-00710-EAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   6P Management Corporation, a New York corporation,
   25 Viscount Dr, Williamsville, NY 14221-1766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael White, Attorney, Federal Trade Commission:
600 Pennsylvania Ave., N.W., Mail Stop CC-10232, Washington, D.C. 20580

Christopher L. Boyd, Assistant Attorney General, Office of New York State Attorney General,
350 Main Street, Suite 300A, Buffalo, New York, 14202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| Federal Trade Commission and People of the State of New York<br>*Plaintiff(s)*<br>v.<br>Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P, LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing, d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   1:18-cv-00710-EAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Bobalew, LLC, a New York limited liability company,
    5477 Main Street, Williamsville, NY 14221-6701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael White, Attorney, Federal Trade Commission:
600 Pennsylvania Ave., N.W., Mail Stop CC-10232, Washington, D.C. 20580

Christopher L. Boyd, Assistant Attorney General, Office of New York State Attorney General,
350 Main Street, Suite 300A, Buffalo, New York, 14202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   8/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | ) | |
|---|---|---|
| Federal Trade Commission and People of the State of New York | ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:18-cv-00710-EAW |
| Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P, LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing, d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky | ) ) ) ) ) ) ) ) | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bobalew Management Corporation, a New York Corporation,
5477 Main Street, Williamsville, NY 14221-6701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael White, Attorney, Federal Trade Commission:
600 Pennsylvania Ave., N.W., Mail Stop CC-10232, Washington, D.C. 20580

Christopher L. Boyd, Assistant Attorney General, Office of New York State Attorney General,
350 Main Street, Suite 300A, Buffalo, New York, 14202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    8/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| Federal Trade Commission and People of the State of New York <br> *Plaintiff(s)* <br> v. <br> Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P, LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing, d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky <br> *Defendant(s)* | Civil Action No.  1:18-cv-00710-EAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jon E. Purizhansky, individually and as a corporate officer of Hylan Asset Management, LLC,
25 Viscount Dr, Williamsville, NY 14221-1766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael White, Attorney, Federal Trade Commission:
600 Pennsylvania Ave., N.W., Mail Stop CC-10232, Washington, D.C. 20580

Christopher L. Boyd, Assistant Attorney General, Office of New York State Attorney General,
350 Main Street, Suite 300A, Buffalo, New York, 14202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  8/29/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: