UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal Trade Commission, and People of the State of New York, by Barbara D. Underwood, Attorney General of the State of New York,<br><br>              Plaintiffs,<br><br>    v.<br><br>Hylan Asset Management, LLC; Bobalew Management Corporation; Bobalew, LLC; 6P Management Corporation; 6P LLC; Worldwide Processing Group, LLC, d/b/a Worldwide Processing d/b/a Forward Movement Recovery, and d/b/a FMR; Frank A. Ungaro, Jr.; Andrew Shaevel; and Jon E. Purizhansky<br><br>              Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No.: 18-cv-00710-EAW |

      PLEASE TAKE NOTICE, that Dennis C. Vacco, Esq., of the law firm Lippes Mathias Wexler Friedman LLP, 50 Fountain Plaza, Suite 1700, Buffalo, New York 14202, attorneys for Defendants, HYLAN ASSET MANAGEMENT, LLC; BOBALEW MANAGEMENT CORPORATION; BOBALEW, LLC; 6P MANAGEMENT CORPORATION; 6P, LLC; ANDREW SHAEVEL, and JON E. PURIZHANSKY hereby appears as counsel for the above-referenced defendants in the above captioned action.

DATED:    Buffalo, New York
                September 5, 2018

                                                                       **Lippes Mathis Wexler Friedman LLP**

                                                                       /s/ Dennis C. Vacco_____
                                                                       Dennis C. Vacco, Esq.
                                                                       *Attorneys for Defendants,*
                                                                       *Hylan Asset Management, LLC, Bobalew LLC*
                                                                       *Bobalew Management Corporation*

*6P Management Corporation, 6P, LLC*
*Andrew Shaevel and Jon E. Purizhansky*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Tel: (716) 853-5100
Fax: (716) 853-5199
dvacco@lippes.com